IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00536-WYD-KMT

BARRY CHANEY,

    Plaintiff,

v.

DIRECTIONAL PLUS, A DIVISION OF CATHEDRAL ENERGY SERVICES, INC., a Delaware corporation,

    Defendant.

---

**ORDER**

---

    A four-day jury trial has been set in the above matter for **Monday, November 14, 2011, at 9:00 a.m**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.  A final trial preparation conference is set for **Wednesday, October 26, 2011, at 10:00 a.m**.

    Dated:  April 25, 2011

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge